```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                   FORT PIERCE DIVISION
                CASE NO. 02-14066-CR-GRAHAM
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

CHESLEY KING,

        Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON THE PETITION FOR VIOLATION OF SUPERVISED RELEASE

**THIS CAUSE** came before the Court upon the Superseding Petition for Violation of Supervised Release filed on June 21, 2011.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, and a Evidentiary Hearing was held on January 23, 2014. A Report and Recommendation on Defendant's admissions to the violations One, Two, of the Petition for Violation of Supervised Release was filed on January 23, 2014. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however to date, none were filed. The Court has conducted a <u>de novo</u> review of the entire file, Accordingly, it is

**ORDERED AND ADJUDGED** that Magistrate Judge Lynch's Report and Recommendation on the violations set forth in the Petition for Violation of Supervised Release is hereby Adopted and Approved in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 29th day of January 2014.

                              /s/ Donald L. Graham
                              DONALD L. GRAHAM
                              UNITED STATES DISTRICT JUDGE

```
Copied: Magistrate Judge Frank J. Lynch
        Russell Killinger, AUSA
        Fletcher Peacok, AFPD
        Dan Osking, USPO
```